# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

February 20, 2018

**Via ECF**

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re: **United States v. Stella Boyadjian, 18 CR 57 (MKB)**

Dear Judge Brodie,

On February 7, 2018, Ms. Boyadjian was released on a bond with a condition of an electronically monitored curfew. Presently, the curfew requires her to be home by 8:00 p.m. On February 25, 2018, Ms. Boyadjian is scheduled to attend an awards ceremony sponsored by a non-profit organization. Ms. Boyadjian was responsible for coordinating the artists and program for the ceremony and her presence is necessary to run the ceremony. The ceremony will take place at an events hall in Richmond Hill—the address has been provided to pretrial services and the government.

Ms. Boyadjian therefore requests that the conditions of her release be modified to allow her to return home by 12:00 midnight after the evening of February 25. AUSA David Gopstein takes no position on this request. Pretrial Services Officer Michael Ilaria consents to the requested modification.

Thank you for your attention to this matter.

Respectfully Submitted,

/s/

Michael Schneider
Assistant Federal Defender
(718) 330-1161

cc:     Clerk of the Court (by ECF)
        AUSA David Gopstein (by email)
        PTSO Michael Ilaria (by email)