U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DG/SR  *271 Cadman Plaza East*
F. #2016R02040  *Brooklyn, New York 11201*

March 2, 2018

By Hand Delivery and ECF
The Honorable Margo K. Brodie
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Stella Boyadjian
               Criminal Docket No. 18-57 (MKB)

Dear Judge Brodie:

      The government respectfully requests that the Court so-order the attached Stipulation and Order governing the use and distribution by the defendants Stella Boyadjian and Hrachya Atoyan of discovery material in this case. The governments respectfully requests that the Court so-order the Stipulation and Order in light of substantial third-party personal information contained in the discovery material in this case.

                               Respectfully submitted,

                                 RICHARD P. DONOGHUE
                               United States Attorney

                    By:    /s/ David Gopstein
                         David Gopstein
                         Assistant U.S. Attorney
                         (718) 254-6153

                         TERESA MCHENRY
                         Chief, Human Rights and Special
                         Prosecutions Section, DOJ

                    By:    /s/ Sasha N. Rutizer
                         Sasha N. Rutizer
                         Trial Attorney

Enclosure
cc:    Michael Schneider, Esq.
       David Katz, Esq.