**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

July 9, 2018

**Via ECF**

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

   **Re:** **United States v. Stella Boyadjian, 18 CR 57 (MKB)**

Dear Judge Brodie,

  On February 7, 2018, Ms. Boyadjian was released on a bond with a condition of an electronically monitored curfew. Ms. Boyadjian has been offered a position of providing production support for an awards ceremony to be held at the Dolby Theater in Los Angeles, CA on July 21, 2018.

  Ms. Boyadjian therefore requests that the conditions of her release be modified to allow her to travel to Los Angeles on July 19 and return to New York on July 22. Ms. Boyadjian will provide her complete itinerary to pretrial services prior to traveling. AUSA David Gopstein takes no position on this request. Pretrial Services Officer Amanda Carlson consents to the requested modification.

  Thank you for your attention to this matter.

              Respectfully Submitted,

              /s/

              Michael Schneider
              Assistant Federal Defender
              (718) 330-1161

cc: Clerk of the Court (by ECF)
   AUSA David Gopstein (by email)
   PTSO Amanda Carlson (by email)