

## LaRusso, Conway & Bartling

December 11, 2018

<u>Electronically Filed</u>
Honorable Margo K. Brodie
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Stella Boyadjian
               <u>Criminal Docket No. 18-00057 (MKB)</u>

Dear Judge Brodie:

    Since I have been newly retained on the above-mentioned case and we are anticipating continued plea negotiations, please accept this letter requesting an adjournment of my client's court appearance presently scheduled for December 12, 2018 to a new date of January 31, 2019 at 10:00 am, a date and time suggested by your Courtroom Deputy, and subject to the Court's approval. I have been in contact with the AUSA Sasha Rutizer who has consented to our request. Ms. Boyadjian waives her speedy trial rights from tomorrow until the adjourned date.

    Thank you very much for your consideration of this application.

                                              Respectfully yours,

                                              */s/ Robert P. LaRusso*
                                              Robert P. LaRusso

cc:    Sasha Rutizer
       David Gopstein
       Assistant U.S. Attorneys
       (ecf)

300 Old Country Road
Suite 341
Mineola, New York 11501

Telephone (516) 248-3520
Facsimile (516) 248-3522
www.larussoandconway.com