# CRIMINAL CAUSE FOR PLEADING

BEFORE: **SANKET J. BULSARA**    DATE: **3/04/2019**    START TIME: **2:32:28**
**18-CR-57-(MKB)**                                      END TIME: **3:51:05**

DEFT'S. NAME: **Stella Boyadjian**

**√ present**    ___ not present    **Custody**    X Bail/Bond

DEFENSE COUNSEL: **Robert LaRusso**

**√ present**    ___ not present    ___ CJA    **Federal Defender**    **X: Retained**

A.U.S.A.: **David Gopstein**    COURTROOM DEPUTY/CLERK: EDDIE MANSON

INTERPRETER:    (- FTR: 2:32:28-3:51:05

 X   CASE CALLED

DEFT.  **X** SWORN    ___ ARRAIGNED    **X** INFORMED OF RIGHTS
         ___ WAIVES TRIAL BEFORE DISTRICT COURT
 **X**   **CONSENT TO HAVE PLEA TAKEN BEFORE U.S. MAGISTRATE JUDGE**.
 ___   DEFT STATES TRUE NAME TO BE_____. INFORMATION AMENDED.
 ___   **WAIVER OF INDICTMENT EXECUTED FOR DEFT.**
 **X**   **INDICTMENT FILED**.
 ___   DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
 ___   DEFT ENTERS **GUILTY PLEA** TO THE INFORMATION.
 **X**   **DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS A GUILTY PLEA TO COUNT 1, 3 and 15 OF THE INDICTMENT.**
 **X**   **COURT FINDS FACTUAL BASIS FOR THE PLEA**.
 **X**   **SENTENCING DATE: TBD BY Judge Brodie**
 **X**   **BAIL CONT'D FOR DEFT REMAINS THE SAME**
 ___   DEFT CONT'D IN CUSTODY.
 ___   CASE ADJ'D TO_____ FOR_____
 ___   SPEEDY TRIAL INFO FOR DEFT ___ STILL IN EFFECT
        CODE TYPE___ START_____ STOP_____
        ___ORDER / WAIVER EXECUTED & FILED.    ___ ENT'D ON RECORD.
 ___   BAIL CONDITIONS MODIFIED AS FOLLOWS:

 **X**   **Transcript Ordered for Judge Brodie**

*OTHER*: **PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE BULSARA DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED. THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED. BAIL CONDITIONS REMAINS THE SAME. PLEA AGREEMENT WAS MARKED AS EXHIBIT (1).**