# LARUSSO , CONWAY & BARTLING, LLP

300 Old Country Road, Suite 341
Mineola, New York 11501
Telephone No. (516) 248-3520
Fax No. (516) 248-3522

September 5, 2019

Filed ECF
The Hon. Margo K. Brodie
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, N.Y. 11722

> Re: United States v. Stella Boyadjian
> Criminal Docket No. CR-18-00057

Dear Judge Brodie:

Please accept this letter application requesting a modification of the travel restrictions imposed as part of the bail conditions on my client Stella Boyadjian ("Boyadjian"), in the above captioned case and permitting her to travel to Atlantic City, New Jersey from Wednesday, September 25, 2019 returning Friday, September 27, 2019. She will be staying at the Borgata Hotel, 1 Borgata Way, Atlantic City, New Jersey. Ms. Boyadjian will be traveling with her mother for her mother's birthday.

Assistant U.S. Attorney David Gopstein has no objection. Ms. Boyadjian has spoken to her Pre-Trial Services Officer, who has no objection to our application as well.

Thank you very much for your consideration of this application.

Respectfully submitted

Robert P. LaRusso

cc:     David Gopstein
        Assistant U.S. Attorney
        (via ECF)

        Ms. Lourdes-Vasquez
        Pre-trial Services Officer
        (via Email – lourdes_vasquez@nyept.uscourts.gov)