

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JOE
F. #2016R01231

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 7, 2025

By ECF

The Honorable Margo K. Brodie
Chief United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Stella Boyadjian
            Criminal Docket No. 18-057 (MKB)

Dear Chief Judge Brodie:

      The government respectfully submits this letter in response to the Court's December 30, 2024 order (see ECF Dec. 30, 2024 Minute Entry) to respond to the defendant's request for a ninety-day adjournment of her self-surrender date (see ECF No. 152). The government does not object to the defendant's request in light of her claims concerning her husband's health.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/ John O. Enright
      John O. Enright
      Assistant U.S. Attorney
      (718) 254-6203

cc: All defense counsel (via ECF and Email)