

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JPL
F. #2016R01231

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 11, 2025

By ECF

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Stella Boyadjian
                 Criminal Docket No. 18-57 (MKB)

Dear Judge Brodie:

      The government writes to confirm that it does not oppose the defendant Stella Boyadjian's motion for a 30-day delay of her surrender.  See ECF DE 156.

                                          Respectfully submitted,

                                          JOHN J. DURHAM
                                          United States Attorney

                    By:          /s/
                                          Jonathan P. Lax
                                          Assistant U.S. Attorney
                                          (718) 254-6139